```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                      CASE NO. 07 B 05084
        KENNETH ATLAS
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR
               Debtor
        SSN XXX-XX-1909


     ------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
     ------------------------------------------------------------------------
          Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

        1.  The case was filed on 03/22/07 .

        2.  The case was dismissed without confirmation, 08/03/2007.

     ------------------------------------------------------------------------
     CREDITOR NAME                CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                      PAID            PAID
     ------------------------------------------------------------------------
     EMC MORTGAGE                 CURRENT MORTG         .00             .00             .00
     EMC MORTGAGE                 MORTGAGE ARRE  NOT FILED              .00             .00
     FORD MOTOR CREDIT            SECURED VEHIC         .00             .00             .00
     ECMC                         UNSECURED      NOT FILED              .00             .00
     ECMC                         UNSECURED      NOT FILED              .00             .00
     KEYNOTE CONSULTING INC       UNSECURED      NOT FILED              .00             .00
     MEDICAL BUSINESS BUREAU      UNSECURED      NOT FILED              .00             .00
     PEOPLES GAS                  UNSECURED      NOT FILED              .00             .00
     PINNACLE FINANCIAL GROUP     UNSECURED      NOT FILED              .00             .00
     WFNNB                        UNSECURED      NOT FILED              .00             .00
             Summary of disbursements:
     ------------------------------------------------------------------------
                             SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
     ------------------------------------------------------------------------
     TOTAL CLMS ALLOWED          .00           .00          .00          .00            .00
     PRINCIPAL PAID              .00           .00          .00          .00            .00
     INTEREST PAID               .00           .00          .00          .00            .00
     TOTAL PAID                  .00           .00          .00          .00            .00
     The Debtor's attorney, HAROLD M SAALFELD            , was allowed $         .00
     and was paid $        .00 .

     The Trustee received $        .00 .

     Refunds to the Debtor totaled $       .00 .

         Wherefore, the Trustee requests an order be entered discharging
     the Trustee and the surety on his bond from any further liability
     in this case.



        Dated: 11/16/07                   /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                                         PAGE   2
        CASE NO. 07 B 05084 KENNETH ATLAS
```